■ JOSE RIVERA, Respondent, et al., Plaintiff, v NEW YORK CITY TRANSIT AUTHORITY, Appellant. [607 NYS2d 343] —Judgment, Supreme Court, New York County (Stuart Cohen, J.), entered August 11, 1992, which, after a jury verdict and denial of defendant's motion, *inter alia,* to set aside the verdict as against the weight of the evidence, awarded judgment in favor of plaintiff and against defendant in the total amount of $405,165.18, unanimously affirmed, without costs.

In light of the substantial evidence which demonstrates that plaintiff slipped and fell on a crack in the stairs and sustained significant injuries, the jury's verdict was rational *(see, Cohen v Hallmark Cards,* 45 NY2d 493). Moreover, in light of, *inter alia,* the evidence of the resultant condition of plaintiff's arthritis, the award does not materially deviate from what would be reasonable compensation under the circumstances (CPLR 5501 [c]). Concur—Rosenberger, J. P., Ellerin, Kupferman and Nardelli, JJ.